IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC | § § § § § | **PLAINTIFFS** |
| v. | § § | Civil Action No. 1:16cv292-HSO-JCG |
| JOHN BARRETT | § § § | **DEFENDANT** |

**PERMANENT INJUNCTION**

This matter came to be heard on Plaintiffs' Motion [7] for Default Judgment. In accordance with the Court's Order Granting Plaintiffs' Motion [7] for Default Judgment entered herewith,

**IT IS, HEREBY, ORDERED AND ADJUDGED**, that Defendant John Barrett, and his employees, agents, representatives, attorneys, and all persons acting or claiming to act on his behalf or under his direction or authority, and all persons acting in concert or in participation with him, are permanently restrained and enjoined from circumventing the DISH Network security system or receiving without authorization DISH Network's satellite transmissions of television programming.

**SO ORDERED AND ADJUDGED,** this the 14th day of December, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE