IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC | § § § § § | PLAINTIFFS |
| v. | § § § | Civil Action No. 1:16cv292-HSO-JCG |
| JOHN BARRETT | § | DEFENDANT |

## DEFAULT JUDGMENT

In accordance with the Order entered herewith granting Plaintiffs' Motion [7] for Default Judgment as to Defendant John Barrett,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered in favor of Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC, pursuant to Federal Rule of Civil Procedure 55(b)(2).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC, shall recover from Defendant John Barrett the amount of $10,000.00 in statutory damages.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the Court will enter a separate Permanent Injunction permanently restraining and enjoining Defendant John Barrett, and his employees, agents, representatives, attorneys, and all persons acting or claiming to act on his behalf or under his direction or authority, and all persons acting in concert or in participation with him, from

circumventing the DISH Network security system or receiving without authorization DISH Network's satellite transmissions of television programming.

**SO ORDERED AND ADJUDGED** this the 14th day of December, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE